UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE JESUS HERNANDEZ, GUSTAVO HERNANDEZ<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.<br><br>Defendants. | Case No.:  20cv1617-LAB (MDD)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 15) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated:  February 17, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge

1

20cv1617